Commonwealth ex rel. Harbaugh, Appellant, *v.*
Maroney.

716

Submitted April 13, 1964.
*Roy E. Harbaugh,* appellant, in propria persona; *William F. Potter,* District Attorney, for appellee.
Order affirmed.